United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keasha M. Paulhill  
    Debtor

Case No. 19-10089-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 08, 2019  
                          Form ID: 130      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.  
db          +Keasha M. Paulhill,    5316 N. 12th Street,    Philadelphia, PA 19141-2902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:  
         MICHAEL A. CIBIK2    on behalf of Debtor Keasha M. Paulhill ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                         TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                              Chapter: 13

Keasha M. Paulhill

        Debtor(s)                                        Bankruptcy No: 19–10089–elf

*O R D E R*

**AND NOW,** this 8th day of January, 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 01/14/2019
    Atty Disclosure Statement due 01/21/2019
    Chapter 13 Plan due by 01/21/2019
    Schedules AB–J due 01/21/2019
    Statement of Financial Affairs due 01/21/2019
    Summary of Assets and Liabilities Form B106 due 01/21/2019
    Means Test Calculation Form 122C–2 Due: 1/21/2019
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C–1 Due 1/21/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                            By the Court

                            Eric L. Frank
            Judge , United States Bankruptcy Court

4
Form 130