

Tuesday, December 4, 2018

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES&DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 4728 | | 137596 | 3260623 | FEDERAL TAX | 12517 | 346401 |
| VAC PAY | | | 00 | 372510 | FICA/MED | 10437 | 360225 |
| HOLIDAYPAY | | | 00 | 116410 | SUI TAX | 83 | 2924 |
| PERSN'LDAY | | | 00 | 107096 | PENNA | 4224 | 149382 |
| COURT ATTEND | | | 00 | 26774 | PHILA | 5340 | 156113 |
| BEREAVEMENT TM | | | 00 | 133870 | AFLAC-PRETAX | 00 | 103455 |
| SICK TIME | | | 00 | 848034 | AFLAC-POST TAX | 00 | 66150 |
| ACCIDNTREPORT | | | 00 | 500 | HEALTH COPAY | 1164 | 53544 |
| UNIFORMALLOW | | | 00 | 39000 | UNION DUES | 1343 | 61778 |
| | | | | | CO-PAY PENSION | 5000 | 230000 |
| | | | | | UNION COPE | 200 | 6000 |
| | | | | | LIFE INSUR. | 100 | 900 |
| | | | | | TWU CR UNION | 12500 | 345000 |
| | | | | | WOMEN'S UNITED | 250 | 7500 |
| | | | | | CHECK DEPOSIT | 84438 | 2300774 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 137596 - | 32601 - | 20557 = | 84438 | | 128635370 | 84438 |
| YTD | 4904817 - | 1015045 - | 874327 = | 3015445 | 11-03-2018 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU       CHECK DEPOSIT
XXXXXXXXXXXXXXXX                   844.38

TO THE
ORDER
OF

AA 22 14    506            0         10503
KEASHA M PAULHILL-JONES              11-09-2018
5316 NORTH 12TH STREET
PHILADELPHIA PA   19141

128635370
**NON-NEGOTIABLE**

Copyright ©2018 SEPTA. All rights reserved.



SEPTANow.org

Tuesday, December 4, 2018

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 37.48 | 109876 | 3369699 | FEDERAL TAX | 7298 | 353699 |
| VAC PAY | | | 00 | 372510 | FICA/MED | 8255 | 368480 |
| HOLIDAYPAY | | | 00 | 116410 | SUI TAX | 65 | 2989 |
| PERSN'LDAY | | | 00 | 107096 | PENNA | 3349 | 152731 |
| COURT ATTEND | | | 00 | 26774 | PHILA | 4233 | 160346 |
| BEREAVEMENT TM | | | 00 | 133870 | AFLAC-PRETAX | 00 | 103455 |
| SICK TIME | | | 00 | 848054 | AFLAC-POST TAX | 00 | 66150 |
| ACCIDNTREPORT | | | 00 | 500 | HEALTH COPAY | 1164 | 54708 |
| UNIFORMALLOW | | | 00 | 39000 | UNION DUES | 1343 | 63121 |
| | | | | | CO-PAY PENSION | 5000 | 235000 |
| | | | | | UNION COPE | 200 | 6200 |
| | | | | | LIFE INSUR. | 00 | 900 |
| | | | | | TWU CR UNION | 12500 | 357500 |
| | | | | | WOMEN'S UNITED | 250 | 7750 |
| | | | | | CHECK DEPOSIT | 65419 | 2366193 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 109876 - | 23200 - | 20457 = | 65419 | | 128643279 | 65419 |
| YTD | 5013893 - | 1038245 - | 894784 = | 3080864 | 11-10-2018 | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU        CHECK DEPOSIT
XXXXXXXXXXXXXXXX              654.19

TO THE
ORDER
OF

AA 22  14    506        0        10503
KEASHA M PAULHILL-JONES            11-16-2018
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

128643279
**NON-NEGOTIABLE**

Copyright ©2018 SEPTA. All rights reserved.

https://septanow.org/ess/checks_new

12/4/2018


SEPTANow.org

Tuesday, December 4, 2018

INSIDE.SEPTA.ORG

## NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | 15591 | 369290 |
| | | | | | FICA/MED | 11505 | 379985 |
| REGULAR EARNING | | 5208 | 151565 | 352124 | SUI TAX | 91 | 3080 |
| VAC PAY | | | 00 | 372510 | PENNA | 4653 | 157384 |
| HOLIDAYPAY | | | 00 | 116410 | PHILA | 5882 | 166228 |
| PERSN'LDAY | | | 00 | 107096 | AFLAC-PRETAX | 00 | 103455 |
| COURT ATTEND | | | 00 | 26774 | AFLAC-POST TAX | 00 | 66150 |
| BEREAVEMENT TM | | | 00 | 133870 | HEALTH COPAY | 1164 | 55872 |
| SICK TIME | | | 00 | 848034 | UNION DUES | 1343 | 64464 |
| ACCIDNTREPORT | | | 00 | 500 | CO-PAY PENSION | 5000 | 240000 |
| UNIFORMALLOW | | | 00 | 39000 | UNION COPE | 200 | 6400 |
| | | | | | LIFE INSUR. | 00 | 900 |
| | | | | | TWU CR UNION | 12500 | 370000 |
| | | | | | WOMEN'S UNITED | 250 | 8000 |
| | | | | | CHECK DEPOSIT | 93386 | 2459579 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 151565 | 37722 | 20457 | 93386 | | 128651084 | 93386 |
| YTOD | 5165458 | 1875967 | 915241 | 3174250 | 11-17-2018 | | |

H


SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU    CHECK DEPOSIT
XXXXXXXXXXXXXXXXX        933.86

TO THE
ORDER
OF

AA 22 14   506         0      10503
KEASHA M PAULHILL-JONES       11-23-2018
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

128651084
**NON-NEGOTIABLE**

Copyright ©2018 SEPTA. All rights reserved.

https://septanow.org/ess/checks_new

12/4/2018


SEPTANow.org

Thursday, January 3, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH  T PAULHILL-____, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 4728 | 137596 | 376796 | FEDERAL TAX | 11800 | 399038 |
| VAC PAY | | | 00 | 500560 | FICA/MED | 9909 | 408583 |
| HOLIDAYPAY | | | 00 | 139692 | SUI TAX | 83 | 3319 |
| PERSN'LDAY | | | 00 | 107096 | PENNA | 4224 | 169602 |
| COURT ATTEND | | | 00 | 26774 | PHILA | 5340 | 181674 |
| BEREAVEMENT TM | | | 00 | 133870 | AFLAC-PRETAX | 6897 | 124146 |
| SICK TIME | | | 00 | 848054 | AFLAC-POST TAX | 00 | 66150 |
| ACCIDNTREPORT | | | 00 | 500 | HEALTH COPAY | 1164 | 59364 |
| UNIFORMALLOW | | | 00 | 39000 | UNION DUES | 1343 | 68493 |
| | | | | | CO-PAY PENSION | 5000 | 255000 |
| | | | | | UNION COPE | 200 | 7000 |
| | | | | | LIFE INSUR. | 00 | 900 |
| | | | | | TWU CR UNION | 12500 | 407500 |
| | | | | | WOMEN'S UNITED | 250 | 8750 |
| | | | | | CHECK DEPOSIT | 79686 | 2689272 |

FED WITHHOLD STATUS SINGLE   04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 137596 - | 30556 - | 27354 = | 79686 | | 128666590 | 79686 |
| YTD | 5563462 - | 1162216 - | 997303 = | 3403943 | 12-01-2018 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU
XXXXXXXXXXXXXXXX

CHECK DEPOSIT
796.86

TO THE ORDER OF

AA 22 14  506       0
KEASHA M PAULHILL-____
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

10503
12-07-2018

128666590
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.



Thursday, January 3, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH   T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES&DEDUCTIONS | | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 3748 | 111260 | 3879196 | FEDERAL TAX | 6658 | 405696 |
| VAC PAY | | | 00 | 500560 | FICA/MED | 7847 | 416430 |
| HOLIDAYPAY | | | 00 | 139692 | SUI TAX | 67 | 3386 |
| PERSN'LDAY | | | 00 | 107096 | PENNA | 3416 | 173018 |
| COURT ATTEND | | | 00 | 26774 | PHILA | 4318 | 185992 |
| BEREAVEMENT TM | | | 00 | 133870 | AFLAC-PRETAX | 6897 | 131043 |
| SICK TIME | | | 00 | 848034 | AFLAC-POST TAX | 00 | 66150 |
| ACCIDNTREPORT | | | 00 | 500 | HEALTH COPAY | 1781 | 61145 |
| UNIFORMALLOW | | | 00 | 39000 | UNION DUES | 1370 | 69863 |
| | | | | | CO-PAY PENSION | 5000 | 260000 |
| | | | | | UNION COPE | 200 | 7200 |
| | | | | | LIFE INSUR. | 00 | 900 |
| | | | | | TWFCU SHARE | 12500 | 420000 |
| | | | | | WOMEN'S UNITED | 250 | 9000 |
| | | | | | PRIMARY CHECK | 60956 | 2750228 |

FED WITHHOLD STATUS SINGLE      04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 111260 - | 22306 - | 27998 = | 60956 | 12-15-2018 | 128682616 | 60956 |
| YTD | 5674722 - | 1184522 - | 1025301 = | 3464899 | | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU
0000105032

PRIMARY CHECK
609.56

TO THE
ORDER
OF

AA 22 14   506           0
KEASHA M PAULHILL-▒▒▒
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

10503
12-21-2018

128682616
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.

https://septanow.org/ess/checks_new                                     1/3/2019



# SEPTANow.org

Thursday, January 3, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10583

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | TAXES & DEDUCTIONS | CURR | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | 4728 | 140351 | 401954 | FEDERAL TAX | 11470 | 417166 |
| VAC PAY | | | 00 | 500560 | FICA/MED | 10074 | 426504 |
| HOLIDAY PAY | | | 00 | 139692 | SUI TAX | 84 | 3470 |
| PERSN'L DAY | | | 00 | 107096 | PENNA | 4309 | 177327 |
| COURT ATTEND | | | 00 | 26774 | PHILA | 5447 | 191439 |
| BEREAVEMENT TM | | | 00 | 133870 | AFLAC-PRETAX | 6897 | 137940 |
| SICK TIME | | | 00 | 848034 | AFLAC-POST TAX | 00 | 66150 |
| ACCIDNT REPORT | | | 00 | 500 | HEALTH COPAY | 1781 | 62926 |
| UNIFORM ALLOW | | | 00 | 39000 | UNION DUES | 1370 | 71233 |
| | | | | | CO-PAY PENSION | 5000 | 265000 |
| | | | | | UNION COPE | 200 | 7400 |
| | | | | | LIFE INSUR. | 00 | 900 |
| | | | | | TWFCU SHARE | 12500 | 432500 |
| | | | | | WOMEN'S UNITED | 250 | 9250 |
| | | | | | PRIMARY CHECK | 80969 | 2831197 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 140351 - | 31384 - | 27998 = | 80969 | 12-22-2018 | 128690512 | 80969 |
| YTD | 5815073 - | 1215906 - | 1053299 = | 3545868 | | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU
0000105032

PRIMARY CHECK
809.69

TO THE
ORDER
OF

AA 22 14    506    0
KEASHA M PAULHILL-JONES
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

10583
12-28-2018

128690512
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.


SEPTANow.org

Monday, January 21, 2019

INSIDE.SEPTA.ORG

## NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | 2811 | 83445 | 83445 |
| HOLIDAYPAY | | 800 | 23747 | 23747 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 6094 | 6094 |
| FICA/MED | 7536 | 7536 |
| SUI TAX | 64 | 64 |
| PENNA | 3291 | 3291 |
| PHILA | 4160 | 4160 |
| AFLAC-PRETAX | 6897 | 6897 |
| HEALTH COPAY | 1781 | 1781 |
| UNION DUES | 1370 | 1370 |
| CO-PAY PENSION | 5000 | 5000 |
| UNION COPE | 200 | 200 |
| TWFCU SHARE | 12500 | 12500 |
| WOMEN'S UNITED | 250 | 250 |
| PRIMARY CHECK | 58049 | 58049 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 107192 | 21145 | 27998 = | 58049 | | 128698040 | 58049 |
| YTD | 107192 | 21145 | 27998 = | 58049 | 12-29-2018 | | |

H

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU
0000105032

PRIMARY CHECK
580.49

TO THE
ORDER
OF

AA 22 14    506    0
KEASHA M PAULHILL-JONES
5316 NORTH 12TH STREET
PHILADELPHIA PA  19141

10503
01-04-2019

128698040
**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.



Monday, January 21, 2019

## INSIDE.SEPTA.ORG

### NEW Check / Deposit Advice Information

SOUTHEASTERN PA TRANSP AUTH    T PAULHILL-JONES, KEASHA M
AA22
10503

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 37.48 | | 1112.60 | 19470.5 |
| HOLIDAYPAY | | 8.00 | 237.47 | 474.94 |

| TAXES/DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | 100.12 | 161.06 |
| FICA/MED | 96.64 | 172.00 |
| SUI TAX | .81 | 1.45 |
| PENNA | 41.45 | 74.36 |
| PHILA | 52.39 | 93.99 |
| AFLAC-PRETAX | 68.97 | 137.94 |
| HEALTH COPAY | 17.81 | 35.62 |
| UNION DUES | 13.70 | 27.40 |
| CO-PAY PENSION | 50.00 | 100.00 |
| UNION COPE | 2.00 | 4.00 |
| LIFE INSUR. | 1.00 | 1.00 |
| TWFCU SHARE | 125.00 | 250.00 |
| WOMEN'S UNITED | 2.50 | 5.00 |
| PRIMARY CHECK | 777.68 | 1358.17 |

FED WITHHOLD STATUS SINGLE    04 EXMPTS

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | 1350.07 | 291.41 | 280.98 | 777.68 | 01-05-2019 | 128705899 | 777.68 |
| YTD | 2421.99 | 502.86 | 560.96 | 1358.17 | | | |

H



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

TRANSPORT WORKERS FCU        PRIMARY CHECK
XXXXXXXXXXXXXXXXX            777.68

TO THE ORDER OF

AA 22 14    506    0
KEASHA M PAULHILL-JONES
5316 NORTH 12TH STREET
PHILADELPHIA PA    19141

10503
01-11-2019

128705899

**NON-NEGOTIABLE**

Copyright ©2019 SEPTA. All rights reserved.