United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keasha M. Paulhill  
    Debtor

Case No. 19-10089-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Sep 11, 2019  
                     Form ID: pdf900     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.
```
db             +Keasha M. Paulhill,    5316 N. 12th Street,    Philadelphia, PA 19141-2902
14256946       +Deutsche Bank National Trust Company,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14258094       +Eos Cca,    Attn: Bankruptcy,    PO Box 329,    Norwell, MA 02061-0329
14258095       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14258096       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14258098        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14258100       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14258103        SPS,    MC240,    3815 SouthWest Temple,    Salt Lake City, UT 84115
14258104       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2019 03:07:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
14365167        E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58
                 City of Philadelphia, Water Revenue Bureau,    C/O PAMELA ELCHERT THURMOND,
                 Law/Revenue Department, Mun. Serv. Bldg.,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102
14341437        E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58     Water Revenue Bureau,
                 Pamela Eichert Thurmond,    Tax & Revenue,    1401 JFK Blvd, 5th Floor,
                 Philadelphia PA 19102-1595
14258091        E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14258092        E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:58     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14258089       +E-mail/Text: ecf@ccpclaw.com Sep 12 2019 03:07:29     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14258093       +E-mail/Text: bankruptcy@philapark.org Sep 12 2019 03:08:08     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14353097       +E-mail/Text: megan.harper@phila.gov Sep 12 2019 03:07:57
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14289349        E-mail/Text: jennifer.chacon@spservicing.com Sep 12 2019 03:08:11
                 Deutsche Bank National Trust, et. al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14258097        E-mail/Text: cio.bncmail@irs.gov Sep 12 2019 03:07:34     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14258099        E-mail/Text: bankruptcygroup@peco-energy.com Sep 12 2019 03:07:35     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14261304        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2019 03:07:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14258101       +E-mail/Text: bankruptcy@philapark.org Sep 12 2019 03:08:08     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14258102        E-mail/Text: colleen.atkinson@rmscollect.com Sep 12 2019 03:08:09     Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
                                                                                             TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14258090*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2              User: Stacey                Page 2 of 2                   Date Rcvd: Sep 11, 2019
                                  Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL3, Asset-Backed
               Certificates, Series 2005-WL3 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Keasha M. Paulhill ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Keasha M. Paulhill ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                           :         Chapter 13
    KEASHA M. PAULHILL,                   :
        Debtor                                  :         Bky. No.   19-10089 ELF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: <u>September 11, 2019</u>

                                             **ERIC L. FRANK**
                                             **U.S. BANKRUPTCY JUDGE**