## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KEASHA M. PAULHILL<br><br>DEBTOR(S) | CHAPTER 13<br><br><br><br>CASE NO. 19-10089ELF13 |

### CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  September 25, 2019          CIBIK & CATALDO, P.C.
                                    ATTORNEY FOR DEBTOR(S)

                                    By: /s/ MICHAEL A. CATALDO
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    Tel: (215) 735-1060
                                    Fax: (215) 735-6769
                                    Email: ccpc@ccpclaw.com